IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANDRA CATES and KELLY STUART, individually and as representatives of a class of participants and beneficiaries of the Retirement Plan for Officers of Columbia University, and the Columbia University Voluntary Retirement Savings Plan,<br><br>   *Plaintiffs*,<br><br> v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK (better known as Columbia University), JEFFREY SCOTT, LUCINDA DURNING, LOUIS BELLARDINE, WILLIAM L. INNES, BARBARA HOUGH, and DIANE L. KENNEY,<br><br>   Cross-Defendant. | No. 1:16-cv-06524-AT-RLE<br>  [rel. 1:16-cv-06488-AT-RLE]<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

**MOTION FOR ADMISSION PRO HAC VICE FOR MICHELLE N. WEBSTER**

  Pursuant to Local Rule 1.3 of the Local Civil Rules of the United States District Courts for the Eastern and Southern Districts of New York, I, Michelle N. Webster, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants The Trustees of Columbia University in the City of New York, William L. Innes, Lucinda Durning, Barbara Hough, and Dianne L. Kenney in the above-captioned action.

  I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

-2-

Dated: September 13, 2016           By:   /s/ Michelle N. Webster
                                              Michelle N. Webster
                                              MAYER BROWN LLP
                                              1999 K Street, NW
                                              Washington, District of Columbia 20006-1101
                                              Telephone:  (202) 263-3000
                                              Facsimile:  (202) 263-3300
                                              mwebster@mayerbrown.com

                                              *Attorney for Defendants The Trustees of Columbia University in the City of New York, William L. Innes, Lucinda Durning, Barbara Hough, and Dianne L. Kenney*