# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANDRA CATES et al.,<br><br>  *Plaintiffs*,<br><br> v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al.,<br><br>  *Defendants*. | Civil Action No. 1:16-cv-06524-KBF<br><br>Hon. Katherine B. Forrest |
| JANE DOE,<br><br>  *Plaintiff*,<br><br> v.<br><br>COLUMBIA UNIVERSITY et al.,<br><br>  *Defendants*. | Civil Action No. 1:16-cv-06488-KBF |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

Please take notice that, upon the accompanying Memorandum of Law, dated February 15, 2017, and the Request for Judicial Notice, dated February 15, 2017, and the exhibits attached thereto, Defendants Trustees of Columbia University in the City of New York et al. will move this Court before The Honorable Katherine B. Forrest, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 23B, New York, New York 10007, at a time and date to be set by the Court, for an Order dismissing with prejudice the Consolidated Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1).

Please take further notice that Plaintiffs shall serve opposing papers, if any, no later than March 6, 2017, and Defendants shall serve reply papers, if any, no later than March 17, 2017.

Dated: February 15, 2017

Nancy G. Ross
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
Telephone: (312) 782-0600

Jean-Marie L. Atamian
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020-1001
Telephone: (212) 506-2500

Respectfully submitted,

*/s/ Brian D. Netter*
Brian D. Netter
 bnetter@mayerbrown.com
Michelle N. Webster
Travis Crum
Matthew A. Waring
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that, on February 15, 2017, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By: /s/ *Brian D. Netter*
Brian D. Netter