**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHANDRA CATES, et al., | |
| *Plaintiffs,* | Civil Action No. 1:16-cv-06524-KBF |
| v. | |
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, et al., | Hon. Katherine B. Forrest |
| *Defendants.* | |
| JANE DOE, | |
| *Plaintiff,* | Civil Action No. 1:16-cv-06488-KBF |
| v. | |
| COLUMBIA UNIVERSITY, et al., | |
| *Defendants.* | |

**AFFIDAVIT OF ETHAN D. HATCH**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

| | |
|---|---|
| STATE OF MISSOURI | ) |
| | ) ss: |
| COUNTY OF ST. LOUIS | ) |

Ethan D. Hatch, being first duly sworn on oath, states as follows:

1.  I have never been convicted of a felony.

2.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3.  There are no pending disciplinary proceedings against me in any state or federal court.

Signed under penalty of perjury this 6th day of June, 2017.

Ethan D. Hatch

Sworn to before me this
6th day of June, 2017

Notary Public

BARBARA A. RODERICK
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: December 15, 2018
Commission Number: 14425986

2