## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANDRA CATES, et al., *Plaintiffs,* v. THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, et al., *Defendants.* | Civil Action No. 1:16-cv-06524-KBF  Hon. Katherine B. Forrest |
| JANE DOE, *Plaintiff,* v. COLUMBIA UNIVERSITY, et al., *Defendants.* | Civil Action No. 1:16-cv-06488-KBF |

## AFFIDAVIT OF STEPHEN M. HOEPLINGER
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

STATE OF MISSOURI       )
                        ) ss:
COUNTY OF ST. LOUIS     )

Stephen M. Hoeplinger, being first duly sworn on oath, states as follows:

1.    I have never been convicted of a felony.

2.    I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3.    There are no pending disciplinary proceedings against me in any state or federal court.

Signed under penalty of perjury this 10th day of August, 2017.

_____

Stephen M. Hoeplinger

Sworn to before me this
10th day of August, 2017

_____

Notary Public

> BARBARA A. RODERICK
> Notary Public - Notary Seal
> State of Missouri
> Commissioned for St. Louis County
> My Commission Expires: December 15, 2018
> Commission Number: 14425986

2