# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANDRA CATES et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al., <br><br> *Defendants*. | Civil Action No. 1:16-cv-06524-KBF <br><br> Hon. Katherine B. Forrest |

### AFFIDAVIT OF BRANTLEY WEBB IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Under oath, I depose and state the following:

1. My name is Brantley Webb.

2. I am a member in good standing of the bars of the District of Columbia and the State of Tennessee.

3. I attach certificates of good standing from the District of Columbia Court of Appeals and the Supreme Court of Tennessee, both of which were issued within thirty days of this filing, as Exhibit A to my Motion for Admission Pro Hac Vice.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Signed under penalty of perjury this 9th day of April, 2018.

_____
BRANTLEY WEBB

Sworn to before me this
9th day of April, 2018

_____
Notary Public

District of Columbia: SS

Subscribed and sworn to before me, in my presence,
this _____ day of April, 2018

_____
J. Alan O'Hair, Notary Public
My Commission Expires February 29, 2020