**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CHANDRA CATES et al.,

Plaintiffs,

v.

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW
YORK, et al.,

Defendants.

No. 1:16-CV-06524-KBF

**AFFIDAVIT OF SCOTT A. BUMB**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

STATE OF MISSOURI          )
                           ) ss:
CITY OF ST. LOUIS          )

Scott A. Bumb, being first duly sworn on oath, states as follows:

1.  I have never been convicted of a felony.

2.  I have never been censured, suspended, disbarred or denied admission or
    readmission by any court.

3.  There are no pending disciplinary proceedings against me in any state or
    federal court.

Signed under penalty of perjury this 24th day of May, 2018.

Scott A. Bumb

Sworn to before me this
24th day of May, 2018

Notary Public

BARBARA A. RODERICK
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: December 15, 2018
Commission Number: 14425986