IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANDRA CATES et al., | |
| Plaintiffs, | |
| v. | No. 1:16-CV-06524-KBF |
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, et al., | |
| Defendants. | |

**AFFIDAVIT OF SCOTT APKING
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

STATE OF MISSOURI    )
                     ) ss:
CITY OF ST. LOUIS    )

Scott Apking, being first duly sworn on oath, states as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3. There are no pending disciplinary proceedings against me in any state or federal court.

Signed under penalty of perjury this 9TH Day of July, 2018.

_____
Scott Apking

Sworn to before me this
9TH Day of July, 2018

_____
Notary Public

BARBARA A. RODERICK
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: December 15, 2018
Commission Number: 14425986