IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANDRA CATES et al.,<br><br>        *Plaintiffs*,<br><br>  v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>        *Defendant*. | Civil Action No. 1:16-cv-06524-GBD-SDA<br><br>Hon. George B. Daniels<br><br>Hon. Stewart D. Aaron |

**DEFENDANT'S NOTICE OF MOTION TO EXCLUDE
PLAINTIFFS' EXPERTS WENDY DOMINGUEZ AND GERALD BUETOW**

Please take notice that, upon the accompanying Memorandum of Law, dated April 29, 2019, and all exhibits attached thereto, the undersigned attorneys for Defendant The Trustees of Columba University in the City of New York, will move this Court before the Honorable Stewart D. Aaron, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 11C, New York, New York 10007, at a time and date to be set by the Court, for an Order *in limine* pursuant to Federal Rules of Evidence 401 and 702, excluding Plaintiffs' expert witnesses Wendy Dominguez and Gerald Buetow.

In accordance with the Parties' agreed scheduling order entered on February 28, 2019, Dkt. 236, opposition papers shall be filed on or before June 17, 2019, and any reply papers shall be filed within 35 days of the opposition being filed.

2

| | |
|---|---|
| Dated: April 29, 2019 | Respectfully submitted, |
| Nancy G. Ross<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606-4637<br>Telephone: (312) 782-0600<br><br>Jean-Marie L. Atamian<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, New York 10020-1001<br>Telephone: (212) 506-2500 | */s/ Brian D. Netter*<br>Brian D. Netter<br>bnetter@mayerbrown.com<br>E. Brantley Webb<br>Michelle N. Webster<br>Matthew A. Waring<br>Ankur Mandhania<br>MAYER BROWN LLP<br>1999 K Street NW<br>Washington, DC 20006-1101<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300 |

*Attorneys for Defendant*

732264287.1

## CERTIFICATE OF SERVICE

I hereby certify that, on April 29, 2019, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By: /s/ *Brian D. Netter*
Brian D. Netter

732264287.1