# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANDRA CATES et al., | |
| *Plaintiffs*, | Civil Action No. 1:16-cv-06524-GBD |
| v. | |
| THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, | Hon. George B. Daniels |
| | Hon. Stewart D. Aaron |
| *Defendant*. | |

## DEFENDANT'S NOTICE OF MOTION FOR SUMMARY JUDGMENT

Please take notice that, upon the accompanying Memorandum of Law, dated April 29, 2019, the Statement of Undisputed Material Facts pursuant to Local Rule 56.1, dated April 29, 2019, and all exhibits attached thereto, the undersigned attorneys for Defendant The Trustees of Columbia University in the City of New York, et al., will move this Court before the Honorable Stewart D. Aaron, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 11C, New York, New York 10007, at a time and date to be set by the Court, for an Order pursuant to Federal Rule of Civil Procedure 56, granting summary judgment in favor of Defendant and dismissing all of the remaining claims in Plaintiffs' complaint, and granting other such further relief as this Court deems proper.

In accordance with the Parties' agreed scheduling order entered on February 28, 2019, Dkt. 236, opposition papers shall be filed on or before June 17, 2019, and any reply papers shall be filed within 35 days of the opposition being filed.

2

| | |
|---|---|
| Dated: April 29, 2019 | Respectfully submitted, |
| Nancy G. Ross<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606-4637<br>Telephone: (312) 782-0600 | */s/ Brian D. Netter*<br>Brian D. Netter<br>bnetter@mayerbrown.com<br>E. Brantley Webb<br>Michelle N. Webster<br>Matthew A. Waring |
| Jean-Marie L. Atamian<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, New York 10020-1001<br>Telephone: (212) 506-2500 | Ankur Mandhania<br>MAYER BROWN LLP<br>1999 K Street NW<br>Washington, DC 20006-1101<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300 |

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 29, 2019, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

By: /s/ *Brian D. Netter*
Brian D. Netter