September 11, 2020

BY ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 4 2020

The Honorable George B. Daniels
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: SEP 1 4 2020

Re: Cates v. Trustees of Columbia Univ.,
No. 1:16-cv-06524-GBD-SDA

Dear Judge Daniels:

Pursuant to Section II.C of Your Honor's Individual Rules and Practices and Local Rule 7.1(d), Plaintiffs and Defendant (collectively, "the Parties") respectfully submit this letter requesting that the Court stay pretrial deadlines[1] and continue the trial set for January 5, 2021 so that the parties may pursue mediation.

The Parties have scheduled a mediation with a private mediator for October 21, 2020, and will advise the Court via letter after that date whether a new schedule should be set. The Parties have agreed that, if the mediation is not productive, they will request a trial date no later than March 15, 2021. In the meantime, however, the Parties seek to stay the pretrial deadlines so that the Parties may focus resources on the upcoming mediation—which could potentially obviate the need for trial.

Defendant has previously requested an extension of the trial date on one occasion because of a scheduling conflict (Dkt. 367), which the Court granted by extending the trial date by approximately one month (Dkt. 369).

Sincerely,

SCHLICHTER, BOGARD & DENTON LLP

/s/ Joel D. Rohlf (*with permission*)
Joel D. Rohlf (admitted *pro hac vice*)
100 South Fourth Street, Suite 1200
St. Louis, Missouri 63102
Telephone: (314) 621-6115
Facsimile: (314) 621-5934
jrohlf@uselaws.com

MAYER BROWN LLP

/s/ Brian D. Netter
Brian D. Netter (admitted *pro hac vice*)
1999 K Street Northwest
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
bnetter@mayerbrown.com

Cc: Counsel of record (by ECF)

---

[1] As currently scheduled, the joint pretrial order is due October 1, 2020, pretrial motions are due October 16, 2020, and the final pretrial conference is set for November 17, 2020.