UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CATES et al.,

                      Plaintiffs,

  -against-

                                ORDER

THE TRUSTEES OF COLUMBIA UNIVERSITY    16 Civ. 6524 (GBD) (SDA)
IN THE CITY OF NEW YORK et al.,

                    Defendants.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

     All counsel in the above-captioned case are directed to appear before this Court on March 16, 2021 at 9:45 a.m. for a status conference.

Dated: New York, New York
       September 14, 2020

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge