UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

CHANDRA CATES, *individually and as representative of a class of participants and beneficiaries of the Retirement Plan for Officers of Columbia University, and the Columbia University Voluntary Retirement Savings Plan*, et al.,

                  Plaintiffs,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, *better known as Columbia University*,

                  Defendant.

------------------------------------ x



ORDER

16 Civ. 6524 (GBD) (SDA)

GEORGE B. DANIELS, United States District Judge:

All pretrial motions are due by January 12, 2021. Responses to any such motions are due by January 26, 2021. Reply, if any, is due by February 2, 2021. The joint pretrial order is due by February 9, 2021.

The status conference scheduled to occur on March 16, 2021 at 9:45 a.m. is converted to a final pretrial conference.

Trial is scheduled to begin on April 12, 2021 at 9:45 a.m.

Dated: New York, New York
       October 29, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge