UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CHANDRA CATES et al.,

                    Plaintiffs,

      -against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN
THE CITY OF NEW YORK,

                  Defendant.

------------------------------------- x

ORDER

16 Civ. 6524 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during today's conference, the Court rules as follows on the parties' motions in limine:

(1) Defendant's motion to submit the direct testimony of its witnesses by affidavit or declaration is DENIED;

(2) Plaintiff's motion to exclude certain testimony from Defendant's expert John Chalmers is DENIED without prejudice;

(3) Plaintiff's motion to exclude the testimony of Douglass Chittenden, a TIAA representative, is GRANTED.

(4) Plaintiff's motion to exclude the testimony of Carmen Rive, a Vanguard representative is DENIED;

(5) Plaintiff's motion to exclude evidence and testimony that the assets held in TIAA individual annuities are not transferrable or mappable by the Defendant to different investments is DENIED; and

(6) Defendant's motion to exclude the Supplemental Expert Report of Plaintiff's Expert Gerald Buetow is DENIED without prejudice.

The Clerk of Court is directed to close the motions at ECF Nos. 387, 389, 392, 395 and 416.

Dated: New York, New York
March 16, 2021

SO ORDERED.

*George B Daniels*

GEORGE B. DANIELS
United States District Judge