UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

CHANDRA CATES, et al.,

                      Plaintiffs,

-against-

                                ORDER

THE TRUSTEES OF COLUMBIA UNIVERSITY    16 Civ. 6524 (GBD) (SDA)
IN THE CITY OF NEW YORK,

                      Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    Plaintiffs' request that the Court order Defendant to submit *in camera* the current and anticipated vaccination status of each witness seeking to avoid in-person testimony and the particular reasons that he or she would prefer not to attend or would be uncomfortable testifying in person, (ECF No. 428), is DENIED.

    The COVID-19 pandemic itself does not alone constitute "good cause" or "compelling circumstances" to allow witnesses to testify remotely rather than personally in court. Fed. R. Civ. P. 43. All witnesses designated to testify at trial, who are within the subpoena power of this Court, must testify in-person unless the parties agree otherwise, or the Court finds good cause in compelling circumstances to permit a particular witness to testify by contemporaneous transmission from a different location.

    The Clerk of Court is directed to close the motion accordingly.

Dated: New York, New York                    SO ORDERED:
       April 1, 2021

                                                       *George B. Daniels*
                                                 GEORGE B. DANIELS
                                             United States District Judge