April 7, 2021

**By ECF**
Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Cates v. Trustees of Columbia University*, No. 1:16-cv-6524-GBD-SDA

Judge Daniels:

The parties write jointly to report that on April 6, 2021 they reached an agreement to settle the above matter on a class-wide basis. Considering this development, the parties respectfully request that the Court enter an order staying all proceedings in the case for 45 days, until May 24, 2021, to allow the parties sufficient time to prepare and file the proposed settlement agreement, certification, and preliminary approval papers, as required under Rule 23.

Respectfully submitted,

| SCHLICHTER, BOGARD & DENTON LLP | MAYER BROWN LLP |
|---|---|
| /s/ Heather Lea | /s/ Brian D. Netter (*with permission*) |
| Heather Lea (admitted *pro hac vice*) | Brian D. Netter (admitted *pro hac vice*) |
| 100 South Fourth Street, Suite 1200 | 1999 K Street Northwest |
| St. Louis, Missouri 63102 | Washington, DC 20006 |
| Telephone: (314) 621-6115 | Telephone: (202) 263-3000 |
| Facsimile: (314) 621-5934 | Facsimile: (202) 263-3300 |
| hlea@uselaws.com | bnetter@mayerbrown.com |