UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CHANDRA CATES et al.,

                Plaintiffs,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK,

                Defendant.

------------------------------------x

ORDER

16 Civ. 6524 (GBD) (SDA)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 9 2021

GEORGE B. DANIELS, United States District Judge:

      In light of the parties' notice that the parties have reached a settlement in principle on all issues in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a proposed settlement agreement, certification, and preliminary approval papers or a status report within forty-five (45) days of this order.

Dated: New York, New York
       April 8, 2021

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge