IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANDRA CATES, KELLY STUART, HARRY L. BROWN, OLGA S. CARR, PHYLLIS E. HULEN, DR. SAUL SILVERSTEIN, AND WILLIAM S. VALENTINE individually and as representatives of a class of participants and beneficiaries of the Retirement Plan for Officers of Columbia University, and the Columbia University Voluntary Retirement Savings Plan,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Defendant.* | No. 1:16-cv-06524-GBD<br><br>**NOTICE OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES AND CASE CONTRIBUTION AWARDS FOR CLASS REPRESENTATIVES** |

Please take notice that, upon the accompanying Memorandum of Law, dated August 13, 2021, Plaintiffs Chandra Cates, Kelly Stuart, Harry L. Brown, Olga S. Carr, Phyllis E. Hulen, Dr. Saul Silverstein, and William S. Valentine will move this Court before the Honorable George B. Daniels, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on October 12, 2021, for an order granting attorneys' fees and expenses and case contribution awards for class representatives.

Please take notice that opposing papers, if any, shall be served no later than August 27, 2021, and Plaintiffs shall serve reply papers, if any, no later than September 3, 2021.

| | |
|---|---|
| August 13, 2021 | Respectfully Submitted, |
| | /s/ Jerome J. Schlichter<br>SCHLICHTER BOGARD & DENTON LLP<br>Andrew D. Schlichter, Bar No. 4403267<br>Jerome J. Schlichter*<br>Heather Lea*<br>Joel D. Rohlf*<br>Nathan H. Emmons*<br>100 South Fourth Street, Suite 1200<br>St. Louis, Missouri 63102<br>(314) 621-6115, (314) 621-7151 (fax)<br>aschlichter@uselaws.com<br>jschlichter@uselaws.com<br>hlea@uselaws.com<br>jrohlf@uselaws.com<br>nemmons@uselaws.com<br>*Admitted *pro hac vice*<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorneys of record.

/s/ Jerome J. Schlichter
*Counsel for Plaintiffs*