UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CHANDRA CATES et al.,

                    Plaintiffs,

  -against-

                                ORDER

THE TRUSTEES OF COLUMBIA UNIVERSITY     16 Civ. 6524 (GBD) (SDA)
IN THE CITY OF NEW YORK,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GEORGE B. DANIELS, United States District Judge:

    Plaintiffs' class counsel is instructed to respond in writing to the class settlement objections of Sanja Zgonjanin, dated September 1, 2021, (ECF No. 451), by Friday, October 8, 2021.

Dated: New York, New York
       October 4, 2021

                                              SO ORDERED.

                                              *George B. Daniels*
                                              GEORGE B. DANIELS
                                              United States District Judge